UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER L. SCRUGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 3:16-CV-050 JD |
| STG. MILLER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court referred the plaintiff's motion for preliminary injunction to Magistrate Judge Michael G. Gotsch. On June 2, 2017, he issued a report and recommendation, in which he recommended that the motion be denied. ECF 169. The parties were informed that they had fourteen days after being served with a copy of the report and recommendation to file any written objections. More than fourteen days have passed and no party filed any objection. *Willis v. Caterpillar*, Inc., 199 F.3d 902, 904 (7th Cir. 1999)(explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation).

For these reasons, the court **ADOPTS** the report and recommendation (ECF 169) of the magistrate judge, and **DENIES** the motions[1] for preliminary injunction (ECF 157, 163).

SO ORDERED.

ENTERED: July 5, 2017 
/s/ JON E. DEGUILIO
Judge
United States District Court

---

[1] After Scruggs' motion was referred to the magistrate judge, he filed a second, identical motion for preliminary injunction. Scruggs' second motion is denied for the same reasons that Magistrate Judge Gotsch identified in his report and recommendation.